IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:00-5252 REC |
| | ) | |
| Plaintiff, | ) | ORDER AUTHORIZING DESTRUCTION OF DRUG EVIDENCE |
| | ) | |
| v. | ) | |
| | ) | |
| VINCENT MAURICE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States having applied to this Court, for an order permitting the California Department of Justice to destroy the controlled substances seized in this case, and good cause appearing that such evidence is no longer required for the prosecution of any individual, the California Department of Justice is authorized to destroy all drug evidence relating to this case.

IT IS SO ORDERED.

DATED: December _14_,2005         /s/ ROBERT E. COYLE
                                  ROBERT E. COYLE
                                  United States District Judge

1